UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WARNER BROS. RECORDS INC., a
Delaware corporation; ARISTA RECORDS
LLC, a Delaware limited liability company;
PRIORITY RECORDS LLC, a California
limited liability company; UMG
RECORDINGS, INC., a Delaware corporation;
and SONY BMG MUSIC
ENTERTAINMENT, a Delaware general
partnership,

      Plaintiffs,

v.

LISA PARKER,

      Defendant.
_____/

Hon. : Wendell A. Miles
Case : 5:04-CV-0214

## **DEFAULT JUDGMENT AND PERMANENT INJUNCTION**

Based upon Plaintiffs' Application For Default Judgment By The Court, and good cause appearing therefor, it is hereby Ordered and Adjudged that:

1. Defendant shall pay damages to Plaintiffs for infringement of Plaintiffs' copyrights in the sound recordings listed in Exhibit A to the Complaint, in the total principal sum of Seven Thousand and Five Hundred Dollars ($7,500.00).

2. Defendant shall pay Plaintiffs' costs of suit herein in the amount of One Hundred Seventy One Dollars and Eighty Four Cents ($171.84).

3. Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the following copyrighted sound recordings:

      "Can U Help Me," on album "8701," by artist "Usher" (SR# 307-207);

      "8 Ball," on album "Straight Outta Compton," by artist "NWA" (SR# 150-531);

"Greed," on album "Awake," by artist "Godsmack" (SR# 293-376);

"In the Mood," on album "In the Mood with Tyrone Davis," by artist "Tyrone Davis" (SR# 8-557);

"Everything," on album "Share My World," by artist "Mary J. Blige" (SR# 238-818);

"Voodoo," on album "Godsmack," by artist "Godsmack" (SR# 241-879);

"Changes I've Been Going Through," on album "What's The 411?," by artist "Mary J. Blige" (SR# 149-212);

"Keep It On the Hush," on album "Word of Mouf," by artist "Ludacris" (SR# 304-605);

"Do Wa Ditty," on album "Zapp II," by artist "Zapp" (SR# 37-321);

"Now 'Til Forever," on album "Unconditional," by artist "Kirk Whalum" (SR# 288-401);

and in any other sound recording, whether now in existence or later created, that is owned or controlled by the Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiffs' Recordings, to distribute (i.e., upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs.  Defendant also shall destroy all copies of Plaintiffs' Recordings that Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control.

Dated: **August 17, 2005**

By: **/s/ Wendell A. Miles**
Hon. Wendell A. Miles
United States District Judge